IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DRAUCKER, : | |
|     Plaintiff : | |
|       v. : | Case No. 3:23-cv-213-KAP |
| COMMONWEALTH OF : | |
| PENNSYLVANIAL, *et al.*, : | |
|     Defendants : | |

<u>Order</u>

      James Draucker, an inmate at the Clearfield County Jail, submitted what may be intended as a habeas petition on a civil complaint without the filing fee or a motion to proceed *in forma pauperis*. Although he has filed other cases with motions to proceed *in forma pauperis*, the Prison Litigation Reform Act requires that for each case a prisoner must either pay the filing fee ($5 for a habeas petition, $402 for a civil complaint) or file a motion to proceed *in forma pauperis* with an affidavit that includes a statement of all assets the movant possesses and a statement that the person is unable to pay or give security for the necessary fees (if granted, $0 for a habeas petition, $350 for a civil complaint paid in installments from an inmate account). 28 U.S.C.A.§ 1915(a)(1). For a prison inmate, the PLRA also requires a certified copy of the inmate's prison account statement for the last six months. *See* 28 U.S.C.§ 1915(a)(2). The Clerk shall mark this matter administratively closed (that is not a dismissal) until plaintiff pays the filing fee or submits a motion with an inmate account statement.

DATE: September 18, 2023

                                                  Keith A. Pesto,
                                                  United States Magistrate Judge

Notice by U.S. Mail to:

James Draucker #23-000262
Clearfield County Jail
115 21st Street
Clearfield, PA 16830